JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHROKH NASSERI AGHCHAY, | Case No. CV 22-5708 PA (PVCx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ANTONY BLINKEN; and SEAN MURPHY, | |
| Defendants. | |

In accordance with the Court's December 20, 2022 Minute Order granting the Motion to Dismiss filed by defendants Antony Blinken and Sean Murphy (collectively "Defendants"), which dismissed the Complaint filed by plaintiff Shahrokh Nasseri Aghchay without leave to amend and without prejudice, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed without prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that Defendants shall have their costs of suit.

DATED: December 20, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE